PATRICIA H. LYON, State Bar No. 126761
Email: phlyon@aol.com
JAMES H. FRENCH, State Bar No. 53555
Email: jimfrench@compuserve.com
FRENCH & LYON
A Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA  94111
Telephone:  (415) 597-7849
Facsimile:   (415) 243-8200

Attorneys for Plaintiff,
MTGLQ INVESTORS, L.P.,
A Delaware Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership,<br><br>          Plaintiff,<br><br>  v.<br><br>ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY,<br><br>          Defendants. | Case No. **C 09-04270 EDL**<br><br>**ORDER APPROVING STIPULATION RE FINANCING FOR RECEIVER** |

The *ex parte* application of Receiver Kyle Everett ("Receiver"), Plaintiff MTGLQ Investors, L.P., a Delaware Limited Partnership ("Plaintiff"), and Defendants ALAMEDA CHEMICAL & SCIENTIFIC, INC., a California Corporation; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., a California Corporation; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., a California Corporation; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., a California Corporation; HIGH TECHNOLOGY PACKAGING, INC., a California Corporation; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, a California Limited Liability Company; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, a California Limited Liability Company; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, a California Limited Liability Company each of the foregoing being referred to collectively as the "Corporate Defendants"); RONALD F. MILLER, and L. ELAINE MILLER (collectively, the "Millers") having been submitted for approval of their Stipulation for Financing for Receiver on November 19, 2009; good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.  The terms of the Stipulation for Financing for Receiver and Preliminary Injunction ("Stipulation") are approved.

2.  Receiver is authorized to obtain financing from Plaintiff and issue Receiver Certificates in the form and on the terms as set forth in the Stipulation and Exhibit "A" thereto.

3.  Plaintiff is authorized to "sweep" the Lockbox accounts as set forth in the Stipulation.

Dated: November 24, 2009.

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

1
2  APPROVED AS TO FORM:
3
4  *[signature: Joseph J. Zichichi]*
5  JOSEPH V. ZICHICHI
   Attorney for All Defendants
6
7  FRENCH & LYON,
   A Professional Corporation
8
9  By: *[signature]*
10     Patricia H. Lyon
       Attorneys for Plaintiff
11
12
13 KYLE EVERETT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
ORDER APPROVING STIPULATION FOR
FINANCING FOR RECEIVER, CASE NO. C 09-04270 EDL

APPROVED AS TO FORM:

_____
JOSEPH T. ZICHICHI
Attorney for All Defendants

FRENCH & LYON,
A Professional Corporation

By: _____
Patricia H. Lyon
Attorneys for Plaintiff

_____
KYLE EVERETT
RECEIVER