1  PATRICIA H. LYON, State Bar No. 126761
   Email: phlyon@aol.com
2  JAMES H. FRENCH, State Bar No. 53555
   Email: jimfrench@compuserve.com
3  FRENCH & LYON
   A Professional Corporation
4  22 Battery Street, Suite 404
   San Francisco, CA  94111
5  Telephone:  (415) 597-7849
   Facsimile:   (415) 243-8200
6
   Attorneys for Plaintiff,
7  MTGLQ INVESTORS, L.P.,
   A Delaware Limited Partnership
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          (OAKLAND DIVISION)
11

| | | |
|---|---|---|
| 12 | MTGLQ INVESTORS, L.P., A Delaware Limited Partnership, | ) Case No. 09-04270 EDL<br>)<br>) |
| 13 | Plaintiff, | )<br>) **ORDER APPROVING STIPULATION** |
| 14 | v. | ) **TO CONTINUE INITIAL CASE**<br>) **MANAGEMENT CONFERENCE** |
| 15 | ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | Defendants. | )<br>) |

-1-

The Stipulation to Continue the Initial Case Management Conference between all parties having been submitted for approval; good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The terms of the Stipulation to Continue the Initial Case Management Conference are approved;

2. The Initial Case Management Conference is continued from December 22, 2009, at 10:00 a.m. to __February 23,_____, 2010 at 10:00 a.m.

DATED: _____December 16___, 2009

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

-2-

ORDER APPROVING STIPULATION