1  PATRICIA H. LYON, State Bar No. 126761
   Email: phlyon@aol.com
2  JAMES H. FRENCH, State Bar No. 53555
   Email: jimfrench@compuserve.com
3  FRENCH & LYON
   A Professional Corporation
4  22 Battery Street, Suite 404
   San Francisco, CA  94111
5  Telephone:  (415) 597-7849
   Facsimile:   (415) 243-8200
6
   Attorneys for Plaintiff,
7  MTGLQ INVESTORS, L.P.,
   A Delaware Limited Partnership
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          (OAKLAND DIVISION)
11

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership, | Case No. C 09-04270 EDL |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING MOTION TO DISBURSE SALE PROCEEDS TO SECURED CREDITOR MTGLQ INVESTORS, L.P. |
| v. | |
| ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY, | Hearing<br>Date:  July 27, 2010<br>Time:  9:00 a.m.<br>Judge:  Honorable Elizabeth D. Laporte<br>Place:   450 Golden Gate Avenue<br>            Courtroom E, 15th Floor<br>            San Francisco, California |
| Defendants. | |

-1-

ORDER GRANTING MOTION TO DISBURSE

1  The Motion to Disburse Sale Proceeds to Secured Creditor MTGLQ INVESTORS, L.P.,
2  a Delaware Limited Partnership, (the "Plaintiff") ~~came on regularly for hearing on  July 27,~~ is appropriate for decision without oral argument.
3  ~~2010.  All appearance were noted on the Court record.~~
4  Notice of the Motion was duly served on all interested parties.  The Court having
5  considered the Motion and related pleadings, ~~any opposition thereto, the arguments presented at~~
6  ~~the hearing~~, and the pleadings and records on file in this case,
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
8  1.  Plaintiff's Motion for an Order disbursing sale proceeds of the sale of that certain
9  real property located at 1336 N. 20th Street, Nampa, Idaho, together with the buildings and
10  improvements located thereon and the rights and appurtenances pertaining thereto and all
11  personal property including machinery, equipment, fixtures, furniture, vehicles land and other
12  personal property, if any, located thereon (collectively, the Nampa Facility") is hereby granted.
13  2.  The Receiver is authorized to immediately distribute the estimated net sale
14  proceeds of the Nampa Facility to Plaintiff as senior secured lender.
15  DATED:  ___July 26,_____, 2010

*[signature: Elizabeth D. Laporte]*
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

-2-
ORDER GRANTING MOTION TO DISBURSE