PATRICIA H. LYON, State Bar No. 126761
Email: phlyon@aol.com
JAMES H. FRENCH, State Bar No. 53555
Email: jimfrench@compuserve.com
FRENCH & LYON
A Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA 94111
Telephone: (415) 597-7849
Facsimile: (415) 243-8200

Attorneys for Plaintiff,
MTGLQ INVESTORS, L.P.,
A Delaware Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY,<br><br>        Defendants. | Case No. 09-04270 EDL<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

-1-

-2-

The Stipulation to Continue the Case Management Conference between all parties having been submitted for approval; good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The terms of the Stipulation to Further Continue the Case Management Conference are approved;

2. The Case Management Conference is continued from September 16, 2010, at 10:00 a.m. to __December 7__, 2010 at 10:00 a.m.

DATED: __August 20__, 2010

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE