1  PATRICIA H. LYON, State Bar No. 126761
   Email: phlyon@aol.com
2  JAMES H. FRENCH, State Bar No. 53555
   Email: jimfrench@compuserve.com
3  FRENCH & LYON
   A Professional Corporation
4  22 Battery Street, Suite 404
   San Francisco, CA 94111
5  Telephone: (415) 597-7849
   Facsimile: (415) 243-8200
6
   Attorneys for Plaintiff,
7  MTGLQ INVESTORS, L.P.,
   A Delaware Limited Partnership
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY,<br><br>　　　　Defendants. | Case No. C 09-04270 EDL<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISBURSE SALE PROCEEDS TO SECURED CREDITOR MTGLQ INVESTORS, L.P.<br><br>Hearing<br>Date: December 21, 2010<br>Time: 9:00 a.m.<br>Judge: Honorable Elizabeth D. Laporte<br>Place: 450 Golden Gate Avenue<br>　　　Courtroom E, 15th Floor<br>　　　San Francisco, California |

-1-

ORDER GRANTING MOTION TO DISBURSE

1    The Motion to Disburse Sale Proceeds to Secured Creditor MTGLQ INVESTORS, L.P., a Delaware Limited Partnership, (the "Plaintiff") is appropriate for decision without oral argument.

Notice of the Motion was duly served on all interested parties. The Court having considered the Motion and related pleadings, and the pleadings and records on file in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's Motion for an Order disbursing sale proceeds of the sale of that certain real property located at 7071 W. Frye Road, Chandler, Arizona, together with the buildings and improvements located thereon and the rights and appurtenances pertaining thereto and all personal property including machinery, equipment, fixtures, furniture, vehicles land and other personal property, if any, located thereon (collectively, the Chandler Facility") is hereby granted.

2. The Receiver is authorized to immediately distribute the estimated net sale proceeds of the Chandler Facility to Plaintiff as senior secured lender.

DATED: __January 18, 2011__, ~~2010~~

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE