PATRICIA H. LYON, State Bar No. 126761
Email: phlyon@aol.com
JAMES H. FRENCH, State Bar No. 53555
Email: jimfrench@compuserve.com
FRENCH & LYON
A Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA  94111
Telephone:  (415) 597-7849
Facsimile:   (415) 243-8200

Attorneys for Plaintiff,
MTGLQ INVESTORS, L.P.,
A Delaware Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY,<br><br>          Defendants. | Case No. 09-04270 EDL<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

-1-

1  The Stipulation to Further Continue the Case Management Conference between all parties
2 having been submitted for approval; good cause appearing therefore,
3  IT IS HEREBY ORDERED that:
4  1. The terms of the Stipulation to Further Continue the Case Management Conference
5 are approved;
6  2. The Case Management Conference is continued from March 8, 2011, at 10:00 a.m.
7 to ___June 7_____, 2011 at ~~10:00 a.m.~~ 3:00 p.m. An updated case management conference statement shall be submitted by May 31, 2011.

9 DATED: ___February 18_____, 2011

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

-2-

ORDER APPROVING STIPULATION