1  PATRICIA H. LYON, State Bar No. 126761
   Email: phlyon@aol.com
2  JAMES H. FRENCH, State Bar No. 53555
   Email: jimfrench@compuserve.com
3  FRENCH & LYON
   A Professional Corporation
4  22 Battery Street, Suite 404
   San Francisco, CA  94111
5  Telephone:  (415) 597-7849
   Facsimile:   (415) 243-8200
6
   Attorneys for Plaintiff,
7  MTGLQ INVESTORS, L.P.,
   A Delaware Limited Partnership
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          (OAKLAND DIVISION)
11

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership,<br><br>              Plaintiff,<br><br>     v.<br><br>ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY,<br><br>              Defendants. | Case No. 09-04270 EDL<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

-1-

1  The Stipulation to Further Continue the Case Management Conference between all parties having been submitted for approval; good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The terms of the Stipulation to Further Continue the Case Management Conference are approved;

2. The Case Management Conference is continued from June 16, 2011, at 10:00 a.m. to __September 20,_____, 2011 at 10:00 a.m.

DATED: ___June 15,_____, 2011



_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

-2-

ORDER APPROVING STIPULATION