| | |
|---|---|
| 1 | PATRICIA H. LYON, State Bar No. 126761 |
|   | Email: phlyon@aol.com |
| 2 | JAMES H. FRENCH, State Bar No. 53555 |
|   | Email: jimfrench@compuserve.com |
| 3 | FRENCH & LYON |
|   | A Professional Corporation |
| 4 | 22 Battery Street, Suite 404 |
|   | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 597-7849 |
|   | Facsimile:   (415) 243-8200 |
| 6 | |
|   | Attorneys for Plaintiff, |
| 7 | MTGLQ INVESTORS, L.P., |
|   | A Delaware Limited Partnership |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | | |
|---|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership | ) | Case No. 09-04270 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER APPROVING STIPULATION** |
| v. | ) | **TO FURTHER CONTINUE CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

-1-

1  The Stipulation to Further Continue the Case Management Conference between all parties having been submitted for approval; good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The terms of the Stipulation to Further Continue the Case Management Conference are approved;

2. The Case Management Conference is continued from September 20, 2011, at 10:00 a.m. to  December 20 , 2011 at ~~10:00 a.m.~~ 3:00 p.m.

DATED:  September 8 , 2011

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

-2-

ORDER APPROVING STIPULATION