1  PATRICIA H. LYON, State Bar No. 126761
   Email: phlyon@aol.com
2  JAMES H. FRENCH, State Bar No. 53555
   Email: jimfrench@compuserve.com
3  FRENCH & LYON
   A Professional Corporation
4  22 Battery Street, Suite 404
   San Francisco, CA  94111
5  Telephone:  (415) 597-7849
   Facsimile:   (415) 243-8200
6
   Attorneys for Plaintiff,
7  MTGLQ INVESTORS, L.P.,
   A Delaware Limited Partnership

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

(OAKLAND DIVISION)

11

| | |
|---|---|
| MTGLQ INVESTORS, L.P., A Delaware Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA CHEMICAL & SCIENTIFIC, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF ARIZONA, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF IDAHO, INC., A CALIFORNIA CORPORATION; ALAMEDA CHEMICAL & SCIENTIFIC OF SOUTHERN CALIFORNIA, INC., A CALIFORNIA CORPORATION; HIGH TECHNOLOGY PACKAGING, INC., A CALIFORNIA CORPORATION; MILLER LAND, CATTLE & WINE #2 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #3 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; MILLER LAND, CATTLE & WINE #4 LIMITED LIABILITY COMPANY, A CALIFORNIA LIMITED LIABILITY COMPANY; RONALD F. MILLER, INDIVIDUALLY; and L. ELAINE MILLER, INDIVIDUALLY, <br><br> Defendants. | Case No. 09-04270 EDL <br><br> **ORDER APPROVING STIPULATION TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE** |

-1-

-2-

1  The Stipulation to Further Continue the Case Management Conference between all parties
2  having been submitted for approval; good cause appearing therefore,
3  IT IS HEREBY ORDERED that:
4  1.   The terms of the Stipulation to Further Continue the Case Management Conference
5  are approved;
6  2.   The Case Management Conference is continued from December 20, 2011, at 10:30
7  a.m. to __February 21, 2012__, ~~2011~~ at ~~10:30~~ a.m.
                                       10:00
9  DATED:   __December 5_____, 2011

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

ORDER APPROVING STIPULATION