IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTGLQ INVESTORS, | No. C -09-04270(EDL) |
| Plaintiff, | **ORDER REQUIRING ATTENDANCE** |
| v. | |
| ALAMEDA CHEMICAL AND SCIENTIFIC INC, | |
| Defendant. / | |

On March 21, 2012, this Court set a Case Management Conference for July 17, 2012 at 10:00 a.m. The Court hereby Orders the Receiver, Kyle Everett, or his counsel, to appear at the case management conference and provide the Court and Plaintiff with an update on the status of the Receiver's final report and accounting.

IT IS SO ORDERED.

Dated: July 11, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge